Michael W.L. McCrory
Principal Assistant City Attorney
Michelle Saavedra
Senior Assistant City Attorney for
MICHAEL G. RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
michael.mccrory@tucsonaz.gov
Pima County Bar Computer No. 37268
State Bar Computer No. 3899
Michelle.Saavedra@tucsonaz.gov
Pima County Bar Computer No. 66163
State Bar Computer No. 25728
Telephone: (520) 791-4221
Fax: (520) 791-4188
**Attorneys for:** Defendant City of Tucson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARRIE FERRARA CLARK, | No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| CITY OF TUCSON, | Pima County Superior Court Case No. C20143985 |
| Defendant. | |

Defendant City of Tucson under 28 U.S.C. and § 1446 and LRCiv 3.6, hereby remove Pima County Superior Court Case No. C20143985 to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1. Plaintiff Carrie Ferrara Clark filed her complaint in Pima County Superior Court on July 23, 2014. Defendant City of Tucson was served on October 17, 2014.

{A0072304.DOC/}

2. The Plaintiff's Complaint includes a claim under 29 U.S.C. § 207(r) and § 215 for alleged violations of the Fair Labor Standards Act. *See Complaint Count One.*

3. This Court has original jurisdiction over the Plaintiff's suit under 28 U.S.C. § 1343(a)(3).

4. Following LRCiv 3.6(b), true and complete copies of all pleadings and other documents filed in state court are attached as Exhibit A.

5. A copy of this Notice of Removal has been filed with the Pima County Superior Court and mailed to Plaintiff.

DATED December 8, 2014

                      MICHAEL G. RANKIN
                      City Attorney

                      By    s/Michael W. L. McCrory
                            Michelle Saavedra
                            Michael W.L. McCrory
                            Attorneys for Defendant

///

///

///

///

{A0072304.DOC/}/Office of the City Attorney
P.O. Box 27210
Tucson, AZ 85726
(520) 791-4221    -2-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey H. Jacobson
JACOBSON LAW FIRM
2730 East Broadway Blvd., Suite 160
Tucson, AZ 85716
*Attorney for Plaintiff*

By B. Munguia

{A0072304.DOC/}/Office of the City Attorney
P.O. Box 27210
Tucson, AZ 85726
(520) 791-4221                    -3-