UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** CARRIE FERRARA CLARK

County of Residence: Pima

County Where Claim For Relief Arose: Pima

**Defendant(s):** CITY OF TUCSON

County of Residence: Pima

Plaintiff's Atty(s):

**JEFFREY H. JACOBSON**
**JACOBSON LAW FIRM**
2730 E. Broadway Blvd., Suite 160
TUCSON, Arizona 85716
520-885-2518

Defendant's Atty(s):

**MICHELLE SAAVEDRA**
TUCSON CITY ATTORNEY'S OFFICE
255 W. ALAMEDA, 7th FLOOR
TUCSON, Arizona 85701
520-791-4221

**MICHAEL W.L. MCCRORY**
TUCSON CITY ATTORNEY'S OFFICE
255 W. ALAMEDA, 7th FLOOR
TUCSON, Arizona 85701
520-791-4221

**REMOVAL FROM PIMA COUNTY, CASE #C20143985**

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
        Plaintiff:- N/A
        Defendant:- N/A

IV. Origin :     2. Removed From State Court

V. Nature of Suit:     440 Other Civil Rights

VI. Cause of Action:     29 U.S.C. § 207(r) and §215 Plaintiff alleges Defendant

discriminated against her in violation of the Fair Labor Standards Act.

VII. Requested in Complaint
  Class Action: No
  Dollar Demand:
  Jury Demand: No

VIII. This case **is not related** to another case.

Signature: s/Michael W,L. McCrory

Date: 12/8/2014

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014