```
IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF ARIZONA
          CIVIL MINUTES - GENERAL
```

Date: May 11, 2015

Civil Case No. CV14-02543-TUC-CKJ

Title Carrie Clark                    vs.  City of Tucson

==================================================================
Present:
            HON. Cindy K. Jorgenson

| Deputy Clerk: Jill Tarlton | Court Reporter: Cheryl Cummings |
|---|---|
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| Jeffrey Jacobson | Michelle Saavedra/Michael McCrory |

**CASE MANAGEMENT CONFERENCE**

**PROCEEDINGS**:     X   Open Court         Chambers         Other

Counsel appear for this hearing telephonically. The initial employment case discovery protocols will apply to this case. A case management conference is held. A formal order will follow.

Sched conf: 6 min
(10:24 - 10:30 a.m.)