1 | Michelle Saavedra
2 | Michael W.L. McCrory
  | Principal Assistant City Attorneys for
  | MICHAEL G. RANKIN
3 | City Attorney
  | P.O. Box 27210
4 | Tucson, AZ 85726-7210
  | Michelle.saavedra@tucsonaz.gov
5 | State Bar No. 25728
  | michael.mccrory@tucsonaz.gov
6 | State Bar Computer No. 3899
  | Telephone: (520) 791-4221
7 | Fax: (520) 791-4188
  | *Attorneys for: Defendant City of Tucson*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| CARRIE FERRARA CLARK, | No. 4:14-CV-02543-TUC-CKJ |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |
| vs. | |
| CITY OF TUCSON, | (Hon. Cindy Jorgenson) |
| Defendant. | |

PLEASE TAKE NOTICE that on this date Defendant, City of Tucson, has served upon Plaintiff its *Initial Disclosure Statement* pursuant to the Federal Rules of Civil Procedure.

DATED May 26, 2015

By /s/ Michelle Saavedra
Michelle Saavedra
Michael W.L. McCrory
Principal Assistant City Attorneys

1

1  Copy of the foregoing
   mailed on May 26, 2015, to
2
3  Jeffrey H. Jacobson
   JACOBSON LAW FIRM
4  2730 East Broadway Blvd., Suite 160
   Tucson, AZ 85716
5       Attorney for Plaintiff
6
   By  B. Munguia
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28