**JACOBSON LAW FIRM**
2730 EAST BROADWAY BLVD., SUITE 160
TUCSON, ARIZONA 85716
TELEPHONE (520) 885-2518
FACSIMILE (520) 844-1011
jeff@jhj-law.com
Jeffrey H. Jacobson, PCC #65402; SB#019502
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARRIE FERRARA CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF TUCSON,<br><br>    Defendant. | Case No. 4:14-CV-02543-TUC-CKJ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

The parties, through undersigned counsel, hereby file their Joint Settlement Status Report pursuant to the Court's May 22, 2015, Scheduling Order.

Plaintiff approached Defendant regarding potential settlement, although no specifics were discussed. Defendant intends to file a dispositive motion early on in litigation, and the parties are currently engaged in discovery. Settlement may be discussed at a later time.

DATED this 23rd day of June, 2015.

**JACOBSON LAW FIRM**                    **TUCSON CITY ATTORNEY**


 *s/Jeffrey H. Jacobson*                     *s/ Michelle Saavedra*
Jeffrey H. Jacobson                          Michelle Saavedra
*Attorney for Plaintiff*                     *Attorney for Defendant*


/ /
/ /

1

1  Filed via the CM/ECF system and copy electronically provided this 23rd day of June, 2015, to:

2

3  Michelle Saavedra
Principal Assistant City Attorney

4  Office of the City Attorney, Civil Division
255 West Alameda, 7th Floor

5  Tucson, Arizona 85701

6
Michael McCrory

7  Principal Assistant City Attorney
Office of the City Attorney, Civil Division

8  255 West Alameda, 7th Floor
Tucson, Arizona 85701

9

10

11   _s/Kate Manns_____
Kate Manns

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26