Michelle Saavedra, SBN 25728
Michael W.L. McCrory, SBN 3899
Principal Assistant City Attorneys for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Michelle.Saavedra@tucsonaz.gov
Michael.McCrory@tucsonaz.gov
Telephone:  (520) 791-4221
Fax:  (520) 623-9803
*Attorneys for Defendant City of Tucson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CARRIE FERRARA CLARK, | 4:14-CV-02543-TUC-CKJ |
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT** |
| vs. | |
| CITY OF TUCSON, | (Hon. Cindy K. Jorgenson) |
| Defendant. | |

The parties, through undersigned counsel, hereby file their Joint Settlement Status Report, pursuant to the Court's May 22, 2015 Scheduling Order.

The parties are still engaged in discovery and Defendant still intends to file a dispositive motion.  To date, settlement has not been discussed, however that may change in the future once discovery is complete and dispositive motions filed in the future are ruled upon.

DATED March 18, 2016.

| | |
|---|---|
| MICHAEL G. RANKIN<br>City Attorney | JACOBSON LAW FIRM |
| By:  s/Michelle Saavedra<br>    Michelle Saavedra<br>    Michael W. L. McCrory<br>    Principal Assistant City Attorneys | By:  s/Jeffrey H. Jacobson w/ permission<br>    Jeffrey H. Jacobson<br>    Attorney for Plaintiff |

1

1  I hereby certify that on March 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey H. Jacobson
JACOBSON LAW FIRM
2730 East Broadway Blvd., Suite 160
Tucson, AZ 85716
   *Attorney for Plaintiff*

By E. Ramirez