IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)                **CIVIL MINUTES – GENERAL**

Date: February 7, 2017

Civil Case No. CV 14-02543-CKJ

Title: Clark v. City of Tucson

---

Present:                                  Hon. Cindy K. Jorgenson

Deputy Clerk: Jill Tarlton              Court Reporter: Cheryl Cummings

ATTORNEY FOR PLAINTIFF:           ATTORNEYS FOR DEFENDANT:      Jeffrey Jacobson

---

**PROCEEDINGS:**   X   Open Court    ___Chambers    ___Other
RE:  Discovery Dispute

The parties and counsel appearing telephonically.

The Court and counsel discuss spousal privilege objections made during the deposition of Plaintiff and her husband, Gordon Clark. The Court and parties agree that briefing on the scope of spousal privilege would be beneficial.

The Court finds briefing on issues from both parties and Gordon Clark's attorney, Ivelisse Bonilla, would also be helpful.

Accordingly, IT IS ORDERED:

Defendant's brief shall be filed no later than February 17, 2017. Plaintiff's response is due by February 28, 2017. No Reply shall be filed unless requested by the Court. Counsel for Gordon Clark may file a brief on the spousal privilege objections by February 28, 2017.

The Clerk of Court shall send a copy of this Minute Entry to:
   Ivelisse Bonilla,
   6891 N. Oracle Rd., Suite 155
   Tucson, Arizona 85704

Status Conference: 21 min.
1:36 p.m. to 1:57 p.m.