**JACOBSON LAW FIRM**
2730 EAST BROADWAY BLVD., SUITE 160
TUCSON, ARIZONA 85716
TELEPHONE (520) 885-2518
FACSIMILE (520) 844-1011
jeff@jhj-law.com
Jeffrey H. Jacobson, PCC #65402; SB#019502
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARRIE FERRARA CLARK, | Case No.  4:14-CV-02543-TUC-CKJ |
| Plaintiff, | |
| vs. | **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S ORDER, DOC. 86** |
| CITY OF TUCSON, | |
| Defendant. | |

Plaintiff Carrie Ferrara Clark, through undersigned counsel, objects to Defendant's Motion for Clarification of the Court's Order, Doc. 86. For the following reasons, Plaintiff should not be required to respond to Defendant's Non-Uniform Interrogatories numbers 11 and 12, and Interrogatory number 13(a) should be narrowed to the allegations first appearing in Plaintiff's Third Amended Complaint.

Discovery ended regarding the matters alleged in Plaintiff's Second Amended Complaint on April 3, 2017. (Doc. 63.) In its Order granting Plaintiff's Motion for Leave to File Her Third Amended Complaint, the Court Ordered that "**Discovery** limited to the issues raised in the Third Amended Complaint shall be **extended** to June 30, 2017." (Doc. 86, p. 8, emphasis in original.)

Despite this Court's clear direction, Defendant now attempts to re-open discovery on the Fair Labor Standards Act (FLSA) claims through Non-Uniform Interrogatories number 11 and 12. Count one of the Second Amended Complaint contained multiple allegations under FLSA. Plaintiff's Third Amended Complaint unbundled the FLSA allegations into two separate counts - one for discrimination and one for retaliation. The substance and

nature of the FLSA allegations, however, did not change from the Second Amended to Third Amended Complaint. Defendant's Motion for Clarification also fails to provide an explanation for why it failed to propound these interrogatories before the close of discovery. As Defendant pointed out in its Opposition to Plaintiff's Motion for Leave to File Her Third Amended Complaint (Doc. 71), this case was originally filed on July 23, 2014, in state court. "The original complaint alleged that Plaintiff had been denied adequate facilities for expressing milk while employed by the Tucson Fire Department ("TFD") as required by the Fair Labor Standards Act ("FLSA"), discriminated against based upon her sex in violation of Title VII and subject to retaliation for exercising her rights under FLSA and Title VII." *Id.* at p. 2.

Perhaps realizing its legal and factual shortcomings regarding the FLSA allegations once Plaintiff filed her Cross-Motion for Summary Judgment, Defendant now seeks to reopen the record to conduct additional discovery on Plaintiff's FLSA claims. Defendant, however, has failed to articulate a reason for its undue delay and failure to propound these interrogatories for almost three years. The Court's Order was clear and unequivocal regarding the scope of any remaining discovery in this case. Nevertheless, Defendant seeks to reopen discovery under the guise of "clarifying" this Court's May 16, 2017, Order when in fact it is really a motion to reopen discovery. For these reasons, Plaintiff objects to Defendant's Non-Uniform Interrogatories numbers 11 and 12 as outside the scope of the Court's May 16, 2017 Order.

Similarly, Defendant's Interrogatory number 13(a) is overly broad, seeking information regarding "each adverse employment action which [Plaintiff] allege[s] violated Title VII", without limiting the scope to the supplemental allegations new to the Third Amended Complaint. Plaintiff therefore objects to Defendant's Interrogatory number 13(a). Once again, because discovery has closed, and because this Court has limited discovery going forward, Plaintiff should only be required to respond to discovery requests concerning allegations that are new to her Third Amended Complaint.

///

///

2

DATED this 25th day of May, 2017.

**JACOBSON LAW FIRM**


 *s/Jeffrey H. Jacobson*
Jeffrey H. Jacobson
Attorney for Plaintiff

Filed via the CM/ECF system and copy electronically provided this 25th day of May, 2017, to:

Michelle Saavedra
Principal Assistant City Attorney
Office of the City Attorney, Civil Division
255 West Alameda, 7th Floor
Tucson, AZ 85701

Michael W.L. McCrory
Principal Assistant City Attorney
Office of the City Attorney, Civil Division
255 West Alameda, 7th Floor
Tucson, AZ 85701