**JACOBSON LAW FIRM**
2730 EAST BROADWAY BLVD., SUITE 160
TUCSON, ARIZONA 85716
TELEPHONE (520) 885-2518
FACSIMILE (520) 844-1011
jeff@jhj-law.com
Jeffrey H. Jacobson, PCC #65402; SB#019502
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARRIE FERRARA CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TUCSON,<br><br>Defendant. | Case No.  4:14-CV-02543-TUC-CKJ<br><br>**PLAINTIFF'S SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S ORDER, DOC. 86** |

Plaintiff Carrie Ferrara Clark, through undersigned counsel, files her Sur-Reply to Defendant's Reply to her Objection to its Motion for Clarification of the Court's Order, Doc. 86. Plaintiff's Sur-Reply is warranted because Defendant's Reply raises new arguments not previously briefed.

Defendant's Reply argues that it is not seeking new information, and that it simply seeks to ask Plaintiff to "identify the specific facts and testimony that relate to her claims." Whatever the purpose or reason Defendant may have for its request, Defendant's time for requesting this information has expired.

In support of its Reply, and as further justification for its post-deadline interrogatories, Defendant argues that its new interrogatories are necessary because Plaintiff failed to supplement her previous discovery responses. Put another way, Defendant argues that it's all Plaintiff's fault.

Plaintiff responded to Defendant's First Set of Non-Uniform Interrogatories on July 13, 2015. Defendant has said nothing about Plaintiff's responses for almost two years to the day. Now, suddenly, after discovery has ended, Defendant attempts to shift the blame for its

1

failure to conduct timely discovery on Plaintiff for failing to supplement her responses. If Defendant perceived Plaintiff's responses were deficient, it had an *obligation* to confer with counsel in a good faith effort to resolve any discovery dispute and then, if not satisfied, follow the Federal Rules of Civil Procedure to compel her responses. *See* Federal Rules of Civil Procedure, Rule 37. Plaintiff received no such communication regarding these interrogatories now complained of. Having failed to follow the Rules of Civil Procedure for almost two years, Defendant's tardy discovery requests should be precluded.

    For these reasons, Plaintiff maintains her objections and asks the Court to reject any expansion of its previous order limiting discovery to only issues new to Plaintiff's Third Amended Complaint.

DATED this 2nd day of June, 2017.

**JACOBSON LAW FIRM**

 *s/Jeffrey H. Jacobson*
Jeffrey H. Jacobson
Attorney for Plaintiff

Filed via the CM/ECF system and copy electronically
provided this 2nd day of June, 2017, to:

Michelle Saavedra
Principal Assistant City Attorney
Office of the City Attorney, Civil Division
255 West Alameda, 7th Floor
Tucson, AZ 85701

Michael W.L. McCrory
Principal Assistant City Attorney
Office of the City Attorney, Civil Division
255 West Alameda, 7th Floor
Tucson, AZ 85701