Michelle R. Saavedra
Renee J. Waters
Principal Assistant City Attorneys for
MICHAEL G. RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Michelle.Saavedra@tucsonaz.gov
State Bar No. 25728
Renee.Waters@tucsonaz.gov
State Bar No. 031691
Telephone: (520) 791-4221
Fax: (520) 623-9803
*Attorneys for Defendant City of Tucson*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Tucson,<br><br>　　　　　Defendant. | No.  4:14-CV-02543-TUC-CKJ<br><br>**DEFENDANT CITY OF TUCSON'S NOTICE REGARDING JURY INSTRUCTIONS**<br><br>(Hon. Cindy Jorgenson) |

Defendant City of Tucson, by and through counsel undersigned, hereby provides notice to the court that the parties are working together to submit Joint Proposed Jury Instructions.

On February 27, 2019, undersigned counsel emailed Plaintiff's counsel proposed jury instructions for his review and input.  Plaintiff's counsel responded that he was ill and would be filing an extension, which undersigned counsel did not objection to.  Plaintiff filed a request for extension, which this Court granted.  (Order, Doc. 174).  However, neither Plaintiff's request nor this Court's Order specified that the extension applied equally to both parties.  Counsel undersigned confirmed with Plaintiff's counsel today, March 6, 2019, that the parties will jointly submit their proposed instructions.

To avoid confusion, the City files this Notice to preserve its intention to file its jury instructions jointly with Plaintiff on Friday, March 8, 2019.

DATED March 6, 2019.

                            MICHAEL G. RANKIN
                            City Attorney

                By    s/ Michelle R. Saavedra
                        Michelle R. Saavedra
                        Renee J. Waters
                        Principal Assistant City Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Jeffrey H. Jacobson
JACOBSON LAW FIRM
2730 East Broadway Blvd., Suite 160
Tucson, AZ 85716
    *Attorney for Plaintiff*

By E. Acosta/bys