IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**CIVIL MINUTES – GENERAL** (Tucson Division)

Date: March 19, 2019

Civil Case No. CV 14-2543-CKJ

Title: Clark v. Tucson, City of

Present: Hon. Cindy K. Jorgenson

Deputy Clerk: Sandra G. Fuller

Court Reporter: Erica R. McQuillen

ATTORNEY FOR PLAINTIFF:

Jeffrey Jacobson

ATTORNEYS FOR DEFENDANTS:

Michelle Saavedra, Renee Waters

**PROCEEDINGS:**  X  Open Court   ___ Chambers   ___ Other

1. Defendant's oral request to renew their summary judgment motion is **denied**.

2. The Court and counsel discuss various pre-trial issues, including: juror questionnaires, jury instructions, number of witnesses, exhibits, and length of trial. Counsel will submit proposed preliminary jury instructions regarding the elements of the claims by March 26, 2019.

3. Defendant City of Tucson's Motion to Disclose For Attorney's Eyes Only (Doc. 181) is **granted**.

4. Defendant orally requested permission for a witness to appear via videoconferencing. [Defendant formally filed a motion on that issue on March 20, 2019. (Doc. 182)].

LATER IN CHAMBERS:

5. Defendant's Motion For Leave to Allow Live Testimony Via Videoconferencing (Doc. 182) is **granted**.

Motion in Limine Hearing: 49 minutes

(2:53 p.m. – 3:42 p.m.)

Page 1 of 1