*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

Carrie Ferrara Clark
PLAINTIFF

v.

City of Tucson
DEFENDANT

EXHIBIT LIST

CASE NUMBER: 4:14-cv-02543

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Cindy K. Jorgenson | Sandra G. Fuller | Cheryl Cummings |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 04/01/19-04/05/19 04/08/19-04/12/19 | Jeffrey Jacobson | Michelle Saavedra Renee Waters |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
|  | 300 |  | Daily Bulletin # 815 |
|  | 301 |  | Daily Bulletin # 830 |
|  | 302 |  | L'Heureux Text Messages |
|  | 303 |  | TFD Employee Personnel Record Update Jeffery Todd |
|  | 304 |  | Carrie Clark Station History |
|  | 305 |  | Station 9 Dormitory Room Photograph taken May 2, 2016 by JoAnn Acosta |
|  | 306 |  | Map Quest of Mother's address to Station 6 |
|  | 307 |  | Map Quest of Mother's address to Station 9 |
|  | 308 |  | Map Quest of Mother's address to Station 12 |
|  | 309 |  | Map Quest of Mother's address to Station 16 |
|  | 310 |  | Map Quest of Mother's address to Station 20 |
|  | 311 |  | Map Quest of Carrie Clark's address to Station 6 |
|  | 312 |  | Map Quest of Carrie Clark's address to Station 9 |
|  | 313 |  | Map Quest of Carrie Clark's address to Station 12 |
|  | 314 |  | Map Quest of Carrie Clark's address to Station 16 |
|  | 315 |  | Map Quest of Carrie Clark's address to Station 20 |
|  | 316 |  | Map Quest of Carrie Clark's address to Station 23 |
|  | 317 |  | Office of Equal Opportunity (OEOP) File |
|  | 318 |  | Carrie Clark OEOP Interview Audio January 7, 2013 |
|  | 319 |  | Carrie Clark OEOP Interview Transcript January 7, 2013 |
|  | 320 |  | Carrie Clark OEOP Interview Audio January 16, 2013 |
|  | 321 |  | Carrie Clark OEOP Interview Transcript January 16, 2013 |

*EXHIBIT LIST* -- CONTINUATION

|  |  |  | vs. | CASE NO. |
|---|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 322 |  | Carrie Clark OEOP Telephone Call Audio March 8, 2013 Part 2 |
|  | 323 |  | Carrie Clark OEOP Telephone Call Audio March 8, 2013 Part 1 |
|  | 324 |  | Carrie Clark OEOP Telephone Call Transcript March 8, 2013 Parts 1 & 2 |
|  | 325 |  | Carrie Clark OEOP Telephone Call Audio March 12, 2013 |
|  | 326 |  | Carrie Clark OEOP Telephone Call Transcript March 12, 2013 |
|  | 327 |  | Rick L'Heureux OEOP Interview Audio March 22, 2013 |
|  | 328 |  | Rick L'Heureux OEOP Interview Transcript March 22, 2013 |
|  | 329 |  | Phone records regarding March 20, 2013 phone call |
|  | 330 |  | Rob Rodriguez Supervisory File |
|  | 331 |  | Rob Rodriguez Supervisory File Privilege Log |
|  | 332 |  | Work orders for Station Locks |
|  | 333 |  | Arizona Civil Rights Division File |
|  | 334 |  | Carrie Clark voice mail to Thomas regarding training September 10, 2013 |
|  | 335 |  | Carrie Clark voice mail to Thomas regarding training screen shot September 10, 2013 |
|  | 336 |  | Carrie Clark voice mail to Travis regarding trade September 16, 2013 |
|  | 337 |  | Carrie Clark voice mail to Travis regarding trade screen shot September 16, 2013 |
|  | 338 |  | Gordon Clark email to Laura Baker regarding trade |
|  | 339 |  | Gordon Clark email to Laura Baker regarding trade retain properties |
|  | 340 |  | Ted McDonough Memo to Chief Nofs regarding drill May 22, 2014 |
|  | 341 |  | Ted McDonough Memo to Chief Nofs regarding drill May 22, 2014 document properties |
|  | 342 |  | Ted McDonough Memo to Chief Nofs regarding Garbage Truck Fire May 20, 2014 |
|  | 343 |  | Ted McDonough Memo to Chief Nofs regarding Garbage Truck Fire May 20, 2014 document properties |
|  | 344 |  | Carrie Clark Memo to Chief Nofs regarding May 22, 2014 |
|  | 345 |  | Carrie Clark Engine 6 Fire Memo from Gordon Clark's Computer |
|  | 346 |  | Carrie Clark Engine 6 Fire Memo from Gordon Clark's Computer retain properties |
|  | 347 |  | Employee Counseling |
|  | 348 |  | Carrie Clark Telestaff, June, 2014 |
|  | 349 |  | Carrie Clark Telestaff, October 2013-June 2014 |
|  | 350 |  | JoAnn Acedo email to Carrie Clark regarding assistance from Gordon Clark's Computer |
|  | 351 |  | JoAnn Acedo email to Carrie Clark regarding assistance from Gordon Clark's Computer retain properties |
|  | 352 |  | Gordon Clark email to Chief Gulotta re leave from Gordon Clark's Computer |

*EXHIBIT LIST* -- CONTINUATION

| Carrie Ferrara Clark | vs. | City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
|  | 353 |  | Gordon Clark email to Chief Gulotta re leave from Gordon Clark's Computer properties |
|  | 354 |  | Arizona Daily Star Article Comments |
|  | 355 |  | Clark v. Clark Petition for Dissolution of Marriage |
|  | 356 |  | Carrie Clark HR Personnel File |
|  | 357 |  | Carrie Clark TFD Personnel File |
|  | 358 |  | Carrie Clark TFD Medical File |
|  | 359 |  | Carrie Clark HR Medical File |
|  | 360 |  | Paul McDonough Memo regarding response to discovery |
|  | 361 |  | Email and Memos regarding PEPP |
|  | 362 |  | JoAnn Acosta File regarding Carrie Clark |
|  | 363 |  | JoAnn Acosta File regarding Carrie Clark privilege log |
|  | 364 |  | Carrie Clark Wrongful Conduct Complaint March 9, 2016 |
|  | 365 |  | Carrie Clark Memo regarding incident with Nikki Sprenger |
|  | 366 |  | Carrie Clark Memo regarding incident with Nikki Sprenger retain properties |
|  | 367 |  | John Vincent email to Ken Brouillette regarding Carrie Clark incident with Nikki Sprenger |
|  | 368 |  | John Vincent email to Ken Brouillette regarding Carrie Clark incident with Nikki Sprenger properties |
|  | 369 |  | Langejans Complaint |
|  | 370 |  | Education Counseling |
|  | 371 |  | Laura Baker Memo to Chief Critchley regarding Wrongful Conduct Complaint #WC 16-03-001 |
|  | 372 |  | Laura Baker Memo to Chief Critchley regarding Wrongful Conduct Complaint #WC 16-03-001 privilege log |
|  | 373 |  | Mike Carsten Memo to Chief Baker regarding Inspector Clark Meeting |
|  | 374 |  | Carrie Clark Reassignment |
|  | 375 |  | Mike Garcia email to Carrie Clark regarding return to operations |
|  | 376 |  | JoAnn Acosta email to Carrie Clark re Off the Job Light Duty |
|  | 377 |  | Carrie Clark Light Duty Work Assignment Form |
|  | 378 |  | Carrie Clark TFD Personnel File updated 2016 |
|  | 379 |  | Mike Garcia email to Carrie Clark regarding interest in paramedic promotion |
|  | 380 |  | Work Status Verification |
|  | 381 |  | Carrie Clark TFD Personnel File updated 2017 Part 1 |
|  | 382 |  | Carrie Clark TFD Personnel File updated 2017 Part 2 |
|  | 383 |  | Retained documents from Carrie Clark's computer |

*EXHIBIT LIST* -- CONTINUATION

| Carrie Ferrara Clark | vs. | City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| | 384 | | Retained documents from Gordon Clark's computer |
| | 385 | | TFD Shift Calendars 2012 - 2017 |
| | 386 | | TFD Station Map |
| | 387 | | TFD Manual of Operations |
| | 388 | | City of Tucson Wrong Conduct Administrative Directive |
| | 389 | | City of Tucson Discrimination Administrative Directive |
| | 390 | | TFD Battalion Grid Map |
| | 391 | | TFD Organization Chart Revised July 2, 2012 |
| | 392 | | TFD Organization Chart Revised August 20, 2013 |
| | 393 | | TFD Organization Chart Revised August 21, 2014 |
| | 394 | | TFD Organization Chart Revised TFD Fiscal year 15/16 |
| | 395 | | TFD Organization Chart Revised March 3, 2016 |
| | 396 | | TFD Annual Report Fiscal Year 2015 |
| | 397 | | TFD Annual Report Fiscal Year 2016 |
| | 398 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report |
| | 399 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report List |
| | 400 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report Amended |
| | 401 | | Carrie Clark Wrongful Conduct Complaint June 7, 2016 |
| | 402 | | Carrie Clark TFD Medical File updated 2017 |
| | 403 | | Well America Medical Records |
| | 404 | | Tanque Verde Family Practice Medical Records |
| | 405 | | Video Deposition transcript with exhibits, Carrie Clark 1 |
| | 406 | | Video Deposition transcript with exhibits, Carrie Clark 2 |
| | 407 | | Video Deposition transcript with exhibits, Carrie Clark 3 |
| | 408 | | Video Deposition transcript with exhibits, Carrie Clark 4 |
| | 409 | | Video Deposition transcript with exhibits, Gordon Clark 1 |
| | 410 | | Video Deposition transcript with exhibits, Gordon Clark 2 |
| | 411 | | Video Declaration of Carrie Clark dated August 17, 2017 |
| | 412 | | Declaration of Gordon Clark dated August 16, 2017 |
| | 413 | | Supplemental Declaration of Carrie Clark dated September 18, 2017 |
| | 414 | | Supplemental Declaration of Gordon Clark dated September 18, 2017 |

*EXHIBIT LIST* -- CONTINUATION

| Carrie Ferrara Clark | vs. | City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| | 415 | | Plaintiff's Response to Defendant's Second Request for Production & PL000076-PL000117 |
| | 416 | | Sharon McDonough email to Carrie Clark regarding demotion |
| | 417 | | JoAnn Acosta email to Carrie Clark regarding demotion |
| | 418 | | Carrie Clark Paramedic Assignment Pay Form |
| | 419 | | Carrie Clark Notes |
| | 420 | | Nate Weber email to Carrie Clark regarding demotion |
| | 421 | | Notes regarding telephone conversation between Ed Nied and Gordon Clark |
| | 422 | | Gordon Clark email to Laura Baker |
| | 423 | | JoAnn Acosta email to Carrie Clark regarding demotion |
| | 424 | | |
| | 425 | | |
| | 426 | | |
| | 427 | | |
| | 428 | | |
| | 429 | | |
| | 430 | | |
| | 431 | | |
| | 432 | | |
| | 433 | | |
| | 434 | | |
| | 435 | | |
| | 436 | | |
| | 437 | | |
| | 438 | | |
| | 439 | | |
| | 440 | | |
| | 441 | | |
| | 442 | | |
| | 443 | | |
| | 444 | | |
| | 445 | | |