*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

## Carrie Ferrara Clark

PLAINTIFF

v.

## City of Tucson

DEFENDANT

WITNESS LIST

CASE NUMBER: 4:14-cv-02543

| PRESIDING JUDGE Hon. Cindy K. Jorgenson | COURTROOM DEPUTY Sandra G. Fuller | COURT REPORTER Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S) 04/01/19-04/05/19  04/08/19-04/12/19 | PLAINTIFF ATTORNEY(S) Jeffrey Jacobson | DEFENDANT ATTORNEY(S) Michelle Saavedra  Renee Waters |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X |  |  | Brian Stevens |  |
|  | X |  |  | Timothy Nofs |  |
|  | X |  |  | Ed Nied |  |
|  | X |  |  | Paul McDonough |  |
|  | X |  |  | Michael Fischback |  |
|  | X |  |  | Rob Rodriguez |  |
|  | X |  |  | Ted McDonough |  |
|  | X |  |  | Brad Olson |  |
|  | X |  |  | Jonathan North |  |
|  | X |  |  | Ariane Phaneuf |  |
|  | X |  |  | Ken Brouillette |  |
|  | X |  |  | Nicole Sprenger |  |
|  | X |  |  | John Vincent |  |
|  | X |  |  | Michael Carsten |  |
|  | X |  |  | JoAnn Acosta |  |
|  | X |  |  | Richard L'Heureux |  |
|  | X |  |  | Jim Critchley |  |
|  | X |  |  | James Sieminski |  |
|  | X |  |  | Jeff Langejans |  |
|  | X |  |  | Joyce Garland |  |
|  | X |  |  | Dr. Stefanie Lundell |  |
|  | X |  |  | Michael Garcia |  |

*WITNESS LIST* -- CONTINUATION

| Carrie Ferrara Clark | | | vs. | City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | |
|  | X |  |  | Laura Baker | |

| Carrie Ferrara Clark vs. City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|