UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Carrie Ferrara Clark**
PLAINTIFF

v.

**City of Tucson**
DEFENDANT

WITNESS LIST

CASE NUMBER: CV-14-02543-TUC-CKJ

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Cindy K. Jorgenson | Sandra G. Fuller | Cheryl Cummings |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| April 1 - 5, 2019<br>April 8-10, 2019 | Jeffrey Jacobson | Michelle Saavedra, Renee Waters |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | | | Carrie Ferrara Clark | |
| X | | | | Jeff Todd | |
| X | | | | Matthew Larsen | |
| X | | | | Sloan Tamietti | |
| X | | | | Joe Gulotta | |
| X | | | | Martin "Harvey" Brown | |
| X | | | | Josh Campbell | |
| X | | | | Chris Conger | |
| X | | | | Nate Weber | |
| X | | | | Josue Camarena | |
| X | | | | John Valenzuela | |
| X | | | | Brad DeCastro | |
| X | | | | Gordon Clark | |
| X | | | | Frances Kunz | |