*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

Carrie Ferrara Clark

PLAINTIFF

v.

City of Tucson

DEFENDANT

EXHIBIT LIST

CASE NUMBER: CV-14-02543-TUC-CKJ

| PRESIDING JUDGE Cindy K. Jorgenson | COURTROOM DEPUTY Sandra G. Fuller | COURT REPORTER Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S) April 1-5, 2019  April 8-12, 2019 | PLAINTIFF ATTORNEY(S) Jeffrey Jacobson | DEFENDANT ATTORNEY(S) Michelle Saavedra, Renee Waters |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Performance Evaluation Form dated July 20, 2011 (COT 55) |
| 2 | | | Doctor's Note dated December 19, 2011 (COT 233) |
| 3 | | | Memorandum - Request for Light Duty, dated December 14, 2011 (COT 234) |
| 4 | | | TFD Manual of Operations Section 203.12 Light Duty (COT 1041) |
| 5 | | | Medical Record of Austin Clark dated July 26, 2012 (CLARK 1169) |
| 6 | | | Medical Record of Austin Clark dated July 30, 2012 (CLARK 1145) |
| 7 | | | Medical Record of Austin Clark dated August 10, 2012 (CLARK 1144) |
| 8 | | | Email from Carrie Clark dated October 21, 2012 (COT 336) |
| 9 | | | TFD Clinician's Return to Unrestricted Duty Form dated October 25, 2012 (COT 231) |
| 10 | | | Carrie Clark TeleStaff Work History (COT 2971) |
| 11 | | | Email from Paramedic Jeff Todd dated October 28, 2012 (COT 337) |
| 12 | | | Medical Record of Austin Clark dated November 5, 2012 (CLARK 1143) |
| 13 | | | Email and attached Memorandum dated November 11, 2012 (COT 338-339) |
| 14 | | | Email from Capt. Paul McDonough dated November 20, 2012 (CLARK 1704) |
| 15 | | | Email from Capt. Paul McDonough dated November 20, 2012 (CLARK 1705) |
| 16 | | | Email from Capt. Paul McDonough dated November 20, 2012 (CLARK 1706) |
| 17 | | | Medical Record of Austin Clark dated November 27, 2012 (CLARK 1142) |
| 18 | | | Medical Record of Austin Clark dated December 4, 2012 (CLARK 1185) |
| 19 | | | Medical Record of Austin Clark dated December 17, 2012 (CLARK 1141) |
| 20 | | | Performance Evaluation Form dated January 4, 2013 (COT 50) |
| 21 | | | Employee Medical Assessment dated February 23, 2013 (COT 216) |
| 22 | | | Transcript of OEOP Telephonic Interview dated March 8, 2013 (COT 4466-4481) |

*EXHIBIT LIST* -- CONTINUATION

| Carrie Ferrara Clark | vs. City of Tucson | CASE NO. CV-14-02543-TUC-CKJ |
| --- | --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| --- | --- | --- | --- |
| 23 | | | TeleStaff Roster (COT 413-415) |
| 24 | | | TFD Employee Counseling Form dated March 26, 2013 (COT 104) |
| 25 | | | Verizon Wireless Records of Carrie Clark (CLARK 828-829, 831) |
| 26 | | | Handwritten Notes dated March 26, 2013 (CLARK 1449) |
| 27 | | | Memorandum from Fire Chief Critchley dated March 29, 2013 (COT 187) |
| 28 | | | TFD Manual of Operations Section 200 Personnel (COT 2875) |
| 29 | | | ACRD Charge of Discrimination dated July 24, 2013 (COT 1-2) |
| 30 | | | Emails dated August 13, 2013 (COT 2968) |
| 31 | | | Email dated October 25, 2013 (COT 1972) |
| 32 | | | Emails dated November 3-4, 2013 (COT 1973) |
| 33 | | | Memorandum from Deputy Chief Rodriguez dated November 4, 2013 (COT 2201) |
| 34 | | | Emails dated February 4-7, 2013 (COT 2202) |
| 35 | | | Emails dated February 13-18, 2013 (COT 2203) |
| 36 | | | Email dated April 29, 2014 (COT 2007) |
| 37 | | | Emails dated April 29, 2014; May 3, 2014; May 15, 2014 (COT 2204) |
| 38 | | | Email dated June 4, 2014 and associated policies (COT 3002-3005) |
| 39 | | | TFD Manual of Operations Section 210 Physical Requirements (COT 1090) |
| 40 | | | Screenshots of Plaintiff's TeleStaff records (COT 2353-2354) |
| 41 | | | Memorandum from Carrie Clark dated June 19, 2014 (COT 439-440) |
| 42 | | | TFD Employee Counseling Form dated June 30, 2014 (COT 3043) |
| 43 | | | Petition for Dissolution of Marriage dated September 22, 2014 (COT 3603-3607) |
| 44 | | | Email dated November 24, 2014 (COT 2010) |
| 45 | | | Employee Counseling Form dated March 24, 2016 (COT 975-976) |
| 46 | | | Paramedic Assignment and Incentive Pay Program for 2016 Memorandum dated April 4, 2016 (CLARK 986-988) |
| 47 | | | Master Memo from Assistant Chief Mike Garcia dated May 13, 2016 (COT 3948-49) |
| 48 | | | Seniority List Commission May 2016 (COT 3957-3960) |
| 49 | | | TFD Manual of Operations Section 203 Court Appearances, Depositions & Interviews (COT 1035-1036) |
| 50 | | | Emails dated June 15, 2016; June 22, 2016; and June 27, 2016 (CLARK 1002) |
| 51 | | | Paramedic Assignment Pay Form dated July 8, 2016 (COT 3394) |
| 52 | | | Carrie Clark paystubs (CLARK 1008-1010) |
| 53 | | | Email dated October 28, 2012 (COT 337) |

EXHIBIT LIST -- CONTINUATION

| Carrie Ferrara Clark | vs. | City of Tucson | CASE NO. CV-14-02543-TUC-CKJ |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 54 | | | Email dated October 29, 2012 (COT 396) |
| 55 | | | Letter from Chief Brian Stevens to Chief Ed Nied (COT 397-399) |
| 56 | | | DB # 682 (COT 2011) |
| 57 | | | DB # 725 (CLARK 835) |
| 58 | | | TeleStaff Calendar for Jeffrey Todd (CLARK 916) |
| 59 | | | TFD Battalions Map (COT 3649) |
| 60 | | | TFD Battalion / Station Grid Map (COT 3643) |
| 61 | | | Building and Maintaining a Respectful Workplace PowerPoint slides (COT 1835-1839) |
| 62 | | | Office of Equal Opportunity Programs and Independent Police Review Memorandum dated March 22, 2013 (COT 115-116) |
| 63 | | | TFFA and City of Tucson Labor Agreement, Exhibit A to Resolution 21319 |
| 64 | | | TFFA and City of Tucson Labor Agreement Addendum to Exhibit A to Resolution 21319 |
| 65 | | | Emails dated May 10 and May 13, 2013 (COT 376) |
| 66 | | | Emails dated August 29-30, 2016 (CLARK 1005-1007) |
| 67 | | | Emails dated July 8, 2016 and August 16, 2016 (CLARK 1003) |
| 68 | | | TFD Manual of Operations Section 203.6 Trades (COT 1031-1032) |
| 69 | | | Master Memo dated October 27, 2008 (CLARK 892-894) |
| 70 | | | Declaration of JoAnn Acosta dated May 10, 2017 |
| 71 | | | Declaration of JoAnn Acosta dated August 17, 2017 |
| 72 | | | Declaration of Laura Baker dated May 8, 2017 |
| 73 | | | Declaration of Laura Baker dated August 18, 2017 |
| 74 | | | Declaration of Jim Critchley dated May 5, 2017 and attachment |
| 75 | | | Declaration of Michael Garcia dated May 4, 2017 |
| 76 | | | Declaration of Richard L'Heureux dated April 10, 2017 |
| 77 | | | Declaration of Richard L'Heureux dated August 18, 2017 |
| 78 | | | Declaration of Stefanie Lundell, M.D. dated July 24, 2017 |
| 79 | | | Declaration of "Ted" Edward James McDonough III dated May 9, 2017 |
| 80 | | | Declaration of Robert L. Rodriguez dated May 5, 2017 |
| 81 | | | Transcript of Deposition of JoAnn Acosta-Acedo dated February 17, 2017 |
| 82 | | | Transcript of Deposition of Laura Baker dated May 10, 2016 |
| 83 | | | Transcript of Deposition of James E. Critchley, Jr. dated June 27, 2017 |
| 84 | | | Transcript of Deposition of Michael Fischback dated May 10, 2016 |

EXHIBIT LIST -- CONTINUATION

| Carrie Ferrara Clark | vs. City of Tucson | CASE NO. CV-14-02543-TUC-CKJ |
| --- | --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| --- | --- | --- | --- |
| 85 | | | Excerpts from City of Tucson's ACRD Position Statement (COT 12, 22-24) |
| 86 | | | City of Tucson Facilities Maintenance Work Orders (COT 3064-3080) |
| 87 | | | Emails regarding Paramedic Assignment Specialty Pay (CLARK 1005-1007) |
| 88 | | | Email dated June 15, 2016 (CLARK 999) |
| 89 | | | TeleStaff records for Carrie Clark (CLARK 993-994) |
| 90 | | | Email dated June 15, 2016 (CLARK 995) |
| 91 | | | Memorandum from Deputy Chief Fischback dated August 8, 2013 (COT 2149-2150) |
| 92 | | | TFD Manual of Operations Section 201 Assignments and Transfers (COT 970-980) |
| 93 | | | Memorandum from Carrie Clark dated July 27, 2013 (COT 419) |
| 94 | | | Emails dated May 14, 2014 (COT 2205) |
| 95 | | | Memorandum from Ted McDonough dated May 22, 2014 (COT 2980-2981) |
| 96 | | | Memorandum from Ted McDonough dated May 22, 2014 (COT 2979) |
| 97 | | | Memorandum from Tyler McKendrick dated May 22, 2014 (COT 2978) |
| 98 | | | Memorandum from Jim Grimes dated May 22, 2014 (COT 2977) |
| 99 | | | Memorandum from Timothy Nofs dated May 22, 2014 (COT 2975-2976) |
| 100 | | | Emails dated May 29, 2014 (COT 2326) |
| 101 | | | Email dated October 29, 2012, and attachments (COT 396-399) |
| 102 | | | Memorandum dated May 20, 2013 (COT 108-109) |
| 103 | | | Memorandum dated May 21, 2013 (COT 110) |
| 104 | | | Emails dated March 21, 2013 (COT 2014) |
| 105 | | | Emails dated March 21, 2013 (COT 325) |
| 106 | | | Memorandum from Rick L'Heureux dated May 21, 2013 (COT 410) |
| 107 | | | Memorandum from Rob Rodriguez dated May 23, 2013 (COT 105-107) |
| 108 | | | Email dated July 19, 2013 (COT 2009) |
| 109 | | | Handwritten notes (COT 2993-2994) |
| 110 | | | Emails dated March 15-16, 2016 (COT 3637) |
| 111 | | | Transcript of Interview of Nikki Sprenger (COT 3917-3923) |
| 112 | | | Transcript of OEOP Interview of Richard L'Hereux (COT 4359-4385) |
| 113 | | | Memorandum from Robert Barton dated March 26, 2013 (COT 318) |
| 114 | | | Memorandum from Jim Critchley dated May 13, 2013 (COT 113) |
| 115 | | | Appropriate Workplace Behavior PowerPoint (CLARK 1515-1572) |

*EXHIBIT LIST* -- CONTINUATION

| Carrie Ferrara Clark | | vs. City of Tucson | CASE NO. CV-14-02543-TUC-CKJ |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 116 | | | Employee Personnel Record Update for Jeff Todd (COT 3087) |
| 117 | | | Employee Personnel Record Update for Jeff Todd (COT 3088) |
| 118 | | | TFD Manual of Operations Section 209 Uniforms (CLARK 953-963) |
| 119 | | | City of Tucson Code of Ethics and Rules of Conduct for Employees (CLARK 895-903) |
| 120 | | | Human Resources Training PowerPoint (CLARK 904-915) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |