DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 1, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney:  Jeffrey Jacobson
Defense attorneys:  Michelle Saavedra and Renee Waters
Court reporter:  Cheryl Cummings
Courtroom deputy:  Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 1:**

**1:38 p.m.:**  The parties are present.  Counsel and the Court discuss preliminary matters.  The prospective jurors enter the courtroom and are sworn.  Voir dire commences.  Counsel pass the panel for cause.

**3:02: p.m.:**  The panel is excused.  Counsel conduct strikes.

**3:30 p.m.:**  Court is back in session.  Eight jurors are seated.  The remaining jurors are excused.  The panel is sworn.

The Court reads the preliminary instructions to the jury.

Counsel present opening statements.

**5:03 p.m.:**  The jurors are excused for the day.  Jury trial is continued to **April 2, 2019 at 9:00 a.m.**

The Court adjourns at 5:03 p.m.

Civil jury trial: 1:38 p.m. to 5:03 p.m.  (2 hours and 57 minutes)