DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 2, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney:  Jeffrey Jacobson
Defense attorneys:  Michelle Saavedra and Renee Waters
Court reporter:  Cheryl Cummings
Courtroom deputy:  Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 2:**

**9:11 a.m.:**  Counsel for the plaintiff informs the Court he is replacing Exhibit 53 with a corrected version.  The parties are present and ready to proceed.  The jurors enter the courtroom.

The plaintiff, Carrie Ferrara Clark, is sworn and examined.  Exhibits 1, 2, 3, 4, 5, 8, 9, 10, 11, and 121 are admitted.

**10:36 a.m. - 10:56 a.m.:**  A mid-morning recess is taken.

The Court is back in session.  The jury returns to the courtroom.  Examination of the plaintiff, Carrie Ferrara Clark, resumes.  Exhibits 13, 14, 15, 16, 20, 21, and 22 are admitted.

**11:53: a.m. - 1:08 p.m.:**  The Court recesses for lunch.

The Court is back in session and the parties are present.  The jury returns to the courtroom and examination of the plaintiff, Carrie Ferrara Clark, resumes.  Exhibits 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 41, 122, and 123 are admitted.

**2:27 p.m. - 2:45 p.m.:**  A mid-afternoon recess is taken.

The Court is back in session and the parties are present.  Examination of the plaintiff, Carrie Ferrara Clark, resumes.  Exhibits 39, 40, 42, and 124 are admitted.

Due to a scheduling conflict, plaintiff's witness, Matthew Larsen, is taken out of order, sworn, and examined.  Exhibit 62 is admitted.

The plaintiff, Carrie Ferrara Clark, returns to the witness stand and examination continues.  Exhibits 43, 44, 45, 46, 47, 48, 49, 50, 52, 53, 89, and 90 are admitted.

**4:31 p.m.:**  The jurors are excused for the day.  Jury trial is continued to **April 3, 2019 at 9:00 a.m.**

The Court adjourns at 4:32 p.m.   Civil jury trial:  9:11 a.m. to 4:32 p.m.  (5 hours and 27 minutes)

**USA v.** Maria Margarita Valdez-Araiza **Date:** October 24, 2017
**Case Number:** CR-16-01057-001-TUC-JGZ (LCK) Page 2 of 2