DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 3, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney:  Jeffrey Jacobson
Defense attorneys:  Michelle Saavedra and Renee Waters
Court reporter:  Cheryl Cummings
Courtroom deputy:  Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 3:**

**9:40 a.m.:**  The parties are present and ready to proceed.  The jurors enter the courtroom.

Due to a scheduling conflict, plaintiff's witness, Sloan Tamietti, is taken out of order, sworn, and examined.  Exhibits 63, 64, and 125 are admitted.

**10:46 a.m. - 11:03 a.m.:**  A mid-morning recess is taken.

The Court is back in session.  The jury returns to the courtroom.  Cross-examination of the plaintiff, Carrie Ferrara Clark, commences.

**11:57: a.m. - 1:18 p.m.:**  The Court recesses for lunch.

Counsel for the defendant renews the Motion *in Limine* to preclude the plaintiff's witnesses, Josue Camarena, John Valenzuela, and Brad DeCastro, from testifying because they are not similarly situated nor proper comparisons for this case.  Counsel for the plaintiff objects.  The Court DENIES the oral motion for the reasons stated on the record.

The jury returns to the courtroom and cross-examination of the plaintiff, Carrie Ferrara Clark, resumes.

**2:47 p.m. - 3:06 p.m.:**  A mid-afternoon recess is taken.

The Court is back in session.  The parties discuss with the Court a juror issue and request the Court to remind the jurors regarding the admonition.

The jury returns to the courtroom and redirect examination of the plaintiff, Carrie Ferrara Clark, commences.

The plaintiff's witness, Josue Camarena, is sworn and examined.

The plaintiff's witness, John Valenzuela, is sworn and examined.

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 3, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

The plaintiff's witness, Brad DeCastro, is sworn and examined.

**4:05 p.m. - 4:14 p.m.:**  A short recess is taken.

The plaintiff's witness, Joe Gulotta, is sworn and examined.  Exhibits 86 and 87 are admitted.

**4:59 p.m.:**  The Court continues the jury trial to **April 4, 2019 at 9:30 a.m.**  The jurors are reminded of the admonition and are excused for the day.

Civil jury trial:  9:40 a.m. to 4:59 p.m.  (5 hours and 13 minutes)