DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 4, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney:  Jeffrey Jacobson
Defense attorneys:  Michelle Saavedra and Renee Waters
Court reporter:  Cheryl Cummings
Courtroom deputy:  Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 4:**

**9:42 a.m.:**  The parties are present and ready to proceed.  The jurors enter the courtroom.

The plaintiff's witness, Jeff Todd, is sworn and examined.  Exhibits 56, 57, 116, and 117 are admitted.

The plaintiff's witness, Martin "Harvey" Brown, is sworn and examined.

The plaintiff's witness, Nate Weber, is sworn and examined.

**11:10 a.m. - 11:28 a.m.:**  A mid-morning recess is taken.

The Court is back in session.  The jury returns to the courtroom.  Cross-examination of the plaintiff's witness, Nate Weber, commences.  Exhibit 51 is admitted.

Counsel for the plaintiff reads the Stipulation Regarding Witnesses and Testimony (Doc. 194) into the record.

**12:03: a.m. - 1:24 p.m.:**  The Court recesses for lunch.

The Court is back in session.  The jury returns to the courtroom.  The plaintiff's witness, Josh Campbell, is sworn and examined.

**2:17 p.m. - 2:27 p.m.:**  A mid-afternoon recess is taken.

The Court is back in session.  The plaintiff's witness, Gordon Clark, is sworn and examined.

**4:10 p.m. - 4:24 p.m.:**  A short afternoon recess is taken.

The Court is back in session.  The jury returns to the courtroom.  Redirect examination of the plaintiff's witness, Gordon Clark, commences.

The plaintiff rests subject to any stipulations and the admission of exhibits.

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 4, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

The defendant's witness, Ed Nied, is sworn and examined.  Exhibits 330 [Bates Stamp 2937], 333 [Bates Stamp 396-399], and 333A [Bates Stamp 403-404] are admitted.

**5:14 p.m.:**  The Court continues the jury trial to **April 5, 2019 at 9:30 a.m.**  The jurors are excused for the day.

Civil jury trial:  9:42 a.m. to 5:14 p.m.  (5 hours and 29 minutes)