DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 5, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney: Jeffrey Jacobson
Defense attorneys: Michelle Saavedra and Renee Waters
Court reporter: Cheryl Cummings
Courtroom deputy: Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 5:**

**9:45 a.m.:** The parties are present and ready to proceed. The jurors enter the courtroom.

The defendant's witness, Paul McDonough, is sworn and examined.

The defendant's witness, Brian Stevens, is sworn and examined.

**11:07 a.m. - 11:25 a.m.:** A mid-morning recess is taken.

The Court is back in session. The jury returns to the courtroom. Cross-examination of the defendant's witness, Brian Stevens, commences.

**11:53: a.m. - 1:10 p.m.:** The Court recesses for lunch.

The Court is back in session.

Counsel for the plaintiff orally motions the Court to exclude the defendant's witness, Jonathan North, from testifying. Counsel for the defendant objects. The Court **DENIES** the oral motion noting there will be no undue prejudice toward the plaintiff.

The jury enters the courtroom. The defendant's witness, Jonathan North, is sworn and examined. Exhibit 92 is admitted.

The defendant's witness, Michael Fischback, is sworn and examined. Exhibits 329, 387 [Bates stamp 976], and 387 [Bates stamp 1007-1010] are admitted.

**3:27 p.m. - 3:48 p.m.:** A mid-afternoon recess is taken.

The Court is back in session. The defendant's witness, Richard L'Heureux, is sworn and examined. Exhibits 77, 302, and 304 are admitted.

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 5, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

The Court continues the jury trial to **April 8, 2019 at 10:00 a.m.** The jurors are excused for the day.

**5:06 p.m.:** The Court requests counsel submit proposed jury instructions and forms of verdict to the Court no later than 12:00 p.m. on Monday, April 8, 2019.

Civil jury trial:  9:45 a.m. to 5:06 p.m.  (5 hours and 25 minutes)