DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 8, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney: Jeffrey Jacobson
Defense attorneys: Michelle Saavedra and Renee Waters
Court reporter: Cheryl Cummings
Courtroom deputy: Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 6:**

**10:30 a.m.:** The parties are present and ready to proceed. The jurors enter the courtroom.

The defendant's witness, Ariane Phaneuf, is sworn and examined.

The defendant's witness, JoAnn Acosta, is sworn and examined. Exhibits 424, 425, 426, and 427 are admitted.

**12:02: p.m. - 1:10 p.m.:** The Court recesses for lunch.

The Court is back in session. The jury enters the courtroom. Examination of the defendant's witness, JoAnn Acosta, continues. Exhibits 94, 114, 417, 428, 429, and 430 are admitted.

**3:33 p.m. - 3:51 p.m.:** A mid-afternoon recess is taken.

The Court is back in session. The jury enters the courtroom. Examination of the defendant's witness, JoAnn Acosta, continues.

The defendant's witness, Brad Olson, is sworn and examined.

The Court continues the jury trial to **April 9, 2019 at 9:15 a.m.** The jurors are excused for the day.

**4:37 p.m.:** Defense counsel moves for dismissal under Rule 50 for the reasons stated on the record. The Court **DENIES** the Rule 50 motion. The Court **FINDS** sufficient evidence has been presented by the plaintiff to submit the case to the jury.

An off the record discussion regarding forms of verdict is held.

Civil jury trial: 10:30 a.m. to 4:37 p.m.  (4 hours and 41 minutes)