DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 10, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney: Jeffrey Jacobson
Defense attorneys: Michelle Saavedra and Renee Waters
Court reporter: Cheryl Cummings
Courtroom deputy: Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 8:**

**9:10 a.m.:** The parties are present. Counsel and the Court discuss proposed verdict forms.

The Court **DENIES** the admission of Exhibit 127 but notes counsel for the plaintiff may use this exhibit during closing argument.

A sidebar is held. Counsel for the plaintiff continues to object to Laura Baker acting as the defendant's technical advisor. Though Ms. Baker was not initially disclosed as an expert, she was disclosed as a witness. The Court takes this matter **UNDER ADVISEMENT.**

The jurors enter the courtroom.

Examination of the defendant's witness, Rob Rodriguez, resumes. Exhibits 95, 97, 98, 100, 103, 128, and 433 are admitted.

The jury is excused for mid-morning recess. Out of the presence of the jury, the Court and counsel further discuss proposed verdict forms and other legal matters. The Court **RULES** Laura Baker may remain as technical advisor and may testify as a witness over the oral objection by counsel for the plaintiff.

**10:43: a.m. - 11:08 a.m.:** A mid-morning recess is taken.

The Court is back in session. The jury enters the courtroom. The defendant's witness, Michael Garcia, is sworn and examined.

**12:07: p.m. - 1:20 p.m.:** The Court recesses for lunch.

Out of the presence of the jury, the Court and counsel continue to discuss legal matters.

The jury enters the courtroom. Examination of the defendant's witness, Michael Garcia, continues. The defendant's exhibits, 391, 392, 393, 394, and 395, are admitted.

| U.S. District Judge: Cindy K. Jorgenson | Date: April 10, 2019 |
|---|---|
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

The defendant's witness, Laura Baker, is sworn and examined. Exhibits 348 and 434 are admitted.

Counsel for the defendant rests.

The plaintiff's witness, Josh Campbell, is recalled to the witness stand for rebuttal testimony.

The Court continues the jury trial to **April 11, 2019 at 9:30 a.m.** at which time closing arguments and final jury instructions will take place. The Court excuses the jury for the day.

**3:26 p.m. - 3:58 p.m.:** A mid-afternoon recess is taken.

The Court is back in session. A brief off-the-record discussion regarding legal issues is held. On the record the Court and counsel review and amend final jury instructions and forms of verdict.

Civil jury trial: 9:10 a.m. to 4:46 p.m.  (5 hours and 26 minutes)