DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Cindy K. Jorgenson | Date: April 11, 2019 |
| Carrie Ferrara Clark v. City of Tucson | Case Number: CV-14-02543-TUC-CKJ |

Plaintiff attorney: Jeffrey Jacobson
Defense attorneys: Michelle Saavedra and Renee Waters
Court reporter: Aaron LaDuke
Courtroom deputy: Sandra G. Fuller

**CIVIL JURY TRIAL - DAY 9:**

**9:54 a.m.:** The parties are present. The Court and counsel review and approve the forms of verdict and the jury instructions.

The jurors enter the courtroom. The Court reads a portion of the jury instructions to the jury.

Counsel present closing arguments.

**11:45: a.m. - 11:57 a.m.:** A short recess is taken.

The Court is back in session. An off the record discussion is held out of the presence of the jury.

On the record and out of the presence of the jury, the Court and counsel discuss legal matters.

Counsel for the defendant object to any mention of damages in counsel for the plaintiff's rebuttal argument. The Court **OVERRULES** the objection but will allow defense counsel to present argument to the jury in response on damages.

The jury enters the courtroom. Counsel for the plaintiff presents rebuttal closing argument. The Court instructs the jurors as to the remaining instructions.

**1:15: p.m.:** The jury is excused for lunch.

The jury begins deliberation. The Court continues the jury trial to April 12, 2019 at 9:30 a.m. for continued jury deliberation. The jury is excused.

Civil jury trial: 9:54 a.m. to 1:15 p.m.  (3 hours and 9 minutes)