UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SG FULLER DEPUTY

**Carrie Ferrara Clark**
PLAINTIFF

v.

**City of Tucson**
DEFENDANT

WITNESS LIST

CASE NUMBER: CV-14-02543-TUC-CKJ

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Cindy K. Jorgenson | Sandra G. Fuller | Cheryl Cummings AND AARON LADUKE |
| HEARING/TRIAL DATE(S) April 1 - 5, 2019; April 8-10, 2019 | PLAINTIFF ATTORNEY(S) Jeffrey Jacobson | DEFENDANT ATTORNEY(S) Michelle Saavedra, Renee Waters |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | 4/2/19 | 4/2 & 4/3/19 | Carrie Ferrara Clark | |
| X | | 4/4/19 | 4/4/19 | Jeff Todd | |
| X | | 4/2/19 | 4/2/19 | Matthew Larsen | |
| X | | 4/3/19 | 4/3/19 | Sloan Tamietti | |
| X | | 4/3/19 | 4/3/19 | Joe Gulotta | |
| X | | 4/4/19 | 4/4/19 | Martin "Harvey" Brown | |
| X | | 4/4/19 | 4/4 & 4/10/19 | Josh Campbell | |
| X | | | | Chris Conger | |
| X | | 4/4/19 | 4/4/19 | Nate Weber | |
| X | | 4/3/19 | 4/3/19 | Josue Camarena | |
| X | | 4/3/19 | 4/3/19 | John Valenzuela | |
| X | | 4/3/19 | 4/3/19 | Brad DeCastro | |
| X | | 4/4/19 | 4/4/19 | Gordon Clark | |
| X | | | | Frances Kunz | |