UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



Carrie Ferrara Clark
PLAINTIFF

v.

City of Tucson
DEFENDANT

WITNESS LIST

CASE NUMBER: 4:14-cv-02543

| PRESIDING JUDGE Hon. Cindy K. Jorgenson | COURTROOM DEPUTY Sandra G. Fuller | COURT REPORTER Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S) 04/01/19-04/05/19 04/08/19-04/12/19 | PLAINTIFF ATTORNEY(S) Jeffrey Jacobson | DEFENDANT ATTORNEY(S) Michelle Saavedra Renee Waters |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X | 4/5/19 | 4/5/19 | Brian Stevens |  |
|  | X |  |  | Timothy Nofs |  |
|  | X | 4/4/19 | 4/4/19 | Ed Nied |  |
|  | X | 4/5/19 | 4/5/19 | Paul McDonough |  |
|  | X | 4/5/19 | 4/5/19 | Michael Fischback |  |
|  | X | 4/9/19 | 4/9 & 4/10/19 | Rob Rodriguez |  |
|  | X | 4/9/19 | 4/9/19 | Ted McDonough |  |
|  | X | 4/8/19 | 4/8/19 | Brad Olson |  |
|  | X | 4/5/19 | 4/5/19 | Jonathan North |  |
|  | X | 4/8/19 | 4/8/19 | Ariane Phaneuf |  |
|  | X | 4/9/19 | 4/9/19 | Ken Brouillette |  |
|  | X |  |  | Nicole Sprenger |  |
|  | X |  |  | John Vincent |  |
|  | X | 4/9/19 | 4/9/19 | Michael Carsten |  |
|  | X | 4/8/19 | 4/8/19 | JoAnn Acosta |  |
|  | X | 4/5/19 | 4/5/19 | Richard L'Heureux |  |
|  | X | 4/9/19 | 4/9/19 | Jim Critchley |  |
|  | X |  |  | James Sieminski |  |
|  | X |  |  | Jeff Langejans |  |
|  | X |  |  | Joyce Garland |  |
|  | X |  |  | Dr. Stefanie Lundell |  |
|  | X | 4/10/19 | 4/10/19 | Michael Garcia |  |

WITNESS LIST -- CONTINUATION

| Carrie Ferrara Clark | | | vs. City of Tucson | CASE NO. 4:14-cv-02543 |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES |
|---|---|---|---|---|
|  | X | 4/10/19 | 4/10/19 | Laura Baker |