UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED / LODGED
RECEIVED / COPY
APR 1 2 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DEFENSE'S EXHIBIT LIST

**Carrie Ferrara Clark**
PLAINTIFF
　　　　V.
**City of Tucson**
DEFENDANT

CASE NUMBER: 4:14-cv-02543

| PRESIDING JUDGE Hon. Cindy K. Jorgenson | COURTROOM DEPUTY Sandra G. Fuller | COURT REPORTER Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S) 04/01/19-04/05/19   04/08/19-04/12/19 | PLAINTIFF ATTORNEY(S) Jeffrey Jacobson | DEFENDANT ATTORNEY(S) Michelle Saavedra   Renee Waters |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 300 |  | Daily Bulletin # 815 |
|  | 301 |  | Daily Bulletin # 830 |
|  | 302 | 4\5\19 | L'Heureux Text Messages |
|  | 303 |  | TFD Employee Personnel Record Update Jeffery Todd |
|  | 304 | 4\5\19 | Carrie Clark Station History |
|  | 305 |  | Station 9 Dormitory Room Photograph taken May 2, 2016 by JoAnn Acosta |
|  | 306 |  | Map Quest of Mother's address to Station 6 |
|  | 307 |  | Map Quest of Mother's address to Station 9 |
|  | 308 |  | Map Quest of Mother's address to Station 12 |
|  | 309 |  | Map Quest of Mother's address to Station 16 |
|  | 310 |  | Map Quest of Mother's address to Station 20 |
|  | 311 |  | Map Quest of Carrie Clark's address to Station 6 |
|  | 312 |  | Map Quest of Carrie Clark's address to Station 9 |
|  | 313 |  | Map Quest of Carrie Clark's address to Station 12 |
|  | 314 |  | Map Quest of Carrie Clark's address to Station 16 |
|  | 315 |  | Map Quest of Carrie Clark's address to Station 20 |
|  | 316 |  | Map Quest of Carrie Clark's address to Station 23 |
|  | 317 |  | Office of Equal Opportunity (OEOP) File |
|  | 318 |  | Carrie Clark OEOP Interview Audio January 7, 2013 |
|  | 319 |  | Carrie Clark OEOP Interview Transcript January 7, 2013 |
|  | 320 |  | Carrie Clark OEOP Interview Audio January 16, 2013 |
|  | 321 |  | Carrie Clark OEOP Interview Transcript January 16, 2013 |

EXHIBIT LIST -- CONTINUATION

| | | | CASE NO. |
|---|---|---|---|
| | vs. | | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 322 | | Carrie Clark OEOP Telephone Call Audio March 8, 2013 Part 2 |
| | 323 | | Carrie Clark OEOP Telephone Call Audio March 8, 2013 Part 1 |
| | 324 | | Carrie Clark OEOP Telephone Call Transcript March 8, 2013 Parts 1 & 2 |
| | 325 | | Carrie Clark OEOP Telephone Call Audio March 12, 2013 |
| | 326 | | Carrie Clark OEOP Telephone Call Transcript March 12, 2013 |
| | 327 | | Rick L'Heureux OEOP Interview Audio March 22, 2013 |
| | 328 | | Rick L'Heureux OEOP Interview Transcript March 22, 2013 |
| | 329 | 4/5/19 | Phone records regarding March 20, 2013 phone call |
| | 330 | | Rob Rodriguez Supervisory File |
| | 331 | | Rob Rodriguez Supervisory File Privilege Log |
| | 332 | | Work orders for Station Locks |
| | 333 | | Arizona Civil Rights Division File |
| | 334 | | Carrie Clark voice mail to Thomas regarding training September 10, 2013 |
| | 335 | | Carrie Clark voice mail to Thomas regarding training screen shot September 10, 2013 |
| | 336 | | Carrie Clark voice mail to Travis regarding trade September 16, 2013 |
| | 337 | | Carrie Clark voice mail to Travis regarding trade screen shot September 16, 2013 |
| | 338 | | Gordon Clark email to Laura Baker regarding trade |
| | 339 | | Gordon Clark email to Laura Baker regarding trade retain properties |
| | 340 | 4/9/19 | Ted McDonough Memo to Chief Nofs regarding drill May 22, 2014 |
| | 341 | | Ted McDonough Memo to Chief Nofs regarding drill May 22, 2014 document properties |
| | 342 | 4/9/19 | Ted McDonough Memo to Chief Nofs regarding Garbage Truck Fire May 20, 2014 |
| | 343 | | Ted McDonough Memo to Chief Nofs regarding Garbage Truck Fire May 20, 2014 document properties |
| | 344 | | Carrie Clark Memo to Chief Nofs regarding May 22, 2014 |
| | 345 | | Carrie Clark Engine 6 Fire Memo from Gordon Clark's Computer |
| | 346 | | Carrie Clark Engine 6 Fire Memo from Gordon Clark's Computer retain properties |
| | 347 | | Employee Counseling |
| | 348 | 4/10/19 | Carrie Clark Telestaff, June, 2014 |
| | 349 | | Carrie Clark Telestaff, October 2013-June 2014 |
| | 350 | | JoAnn Acedo email to Carrie Clark regarding assistance from Gordon Clark's Computer |
| | 351 | | JoAnn Acedo email to Carrie Clark regarding assistance from Gordon Clark's Computer retain properties |
| | 352 | | Gordon Clark email to Chief Gulotta re leave from Gordon Clark's Computer |

EXHIBIT LIST -- CONTINUATION

| | Carrie Ferrara Clark | | vs. City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 353 | | Gordon Clark email to Chief Gulotta re leave from Gordon Clark's Computer properties |
| | 354 | | Arizona Daily Star Article Comments |
| | 355 | | Clark v. Clark Petition for Dissolution of Marriage |
| | 356 | | Carrie Clark HR Personnel File |
| | 357 | | Carrie Clark TFD Personnel File |
| | 358 | | Carrie Clark TFD Medical File |
| | 359 | | Carrie Clark HR Medical File |
| | 360 | | Paul McDonough Memo regarding response to discovery |
| | 361 | | Email and Memos regarding PEPP |
| | 362 | | JoAnn Acosta File regarding Carrie Clark |
| | 363 | | JoAnn Acosta File regarding Carrie Clark privilege log |
| | 364 | | Carrie Clark Wrongful Conduct Complaint March 9, 2016 |
| | 365 | | Carrie Clark Memo regarding incident with Nikki Sprenger |
| | 366 | | Carrie Clark Memo regarding incident with Nikki Sprenger retain properties |
| | 367 | | John Vincent email to Ken Brouillette regarding Carrie Clark incident with Nikki Sprenger |
| | 368 | | John Vincent email to Ken Brouillette regarding Carrie Clark incident with Nikki Sprenger properties |
| | 369 | | Langejans Complaint |
| | 370 | | Education Counseling |
| | 371 | | Laura Baker Memo to Chief Critchley regarding Wrongful Conduct Complaint #WC 16-03-001 |
| | 372 | | Laura Baker Memo to Chief Critchley regarding Wrongful Conduct Complaint #WC 16-03-001 privilege log |
| | 373 | | Mike Carsten Memo to Chief Baker regarding Inspector Clark Meeting |
| | 374 | 4\9\19 | Carrie Clark Reassignment |
| | 375 | | Mike Garcia email to Carrie Clark regarding return to operations |
| | 376 | | JoAnn Acosta email to Carrie Clark re Off the Job Light Duty |
| | 377 | | Carrie Clark Light Duty Work Assignment Form |
| | 378 | | Carrie Clark TFD Personnel File updated 2016 |
| ☆ | 379 | 4\10\19 | Mike Garcia email to Carrie Clark regarding interest in paramedic promotion |
| | 380 | | Work Status Verification |
| | 381 | | Carrie Clark TFD Personnel File updated 2017 Part 1 |
| | 382 | | Carrie Clark TFD Personnel File updated 2017 Part 2 |
| | 383 | | Retained documents from Carrie Clark's computer |

☆ 379 ADMITTED SUBJECT TO REDACTION

EXHIBIT LIST -- CONTINUATION

| Carrie Ferrara Clark | vs. | City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 384 | | Retained documents from Gordon Clark's computer |
| | 385 | | TFD Shift Calendars 2012 - 2017 |
| | 386 | | TFD Station Map |
| | 387 | | TFD Manual of Operations |
| | 388 | | City of Tucson Wrong Conduct Administrative Directive |
| | 389 | | City of Tucson Discrimination Administrative Directive |
| | 390 | | TFD Battalion Grid Map |
| | 391 | 4/10/19 | TFD Organization Chart Revised July 2, 2012 |
| | 392 | 4/10/19 | TFD Organization Chart Revised August 20, 2013 |
| | 393 | 4/10/19 | TFD Organization Chart Revised August 21, 2014 |
| | 394 | 4/10/19 | TFD Organization Chart Revised TFD Fiscal year 15/16 |
| | 395 | 4/10/19 | TFD Organization Chart Revised March 3, 2016 |
| | 396 | | TFD Annual Report Fiscal Year 2015 |
| | 397 | | TFD Annual Report Fiscal Year 2016 |
| | 398 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report |
| | 399 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report List |
| | 400 | | Mike Garcia Master Memo regarding 2016 Seniority within Rank Report Amended |
| | 401 | | Carrie Clark Wrongful Conduct Complaint June 7, 2016 |
| | 402 | | Carrie Clark TFD Medical File updated 2017 |
| | 403 | | Well America Medical Records |
| | 404 | | Tanque Verde Family Practice Medical Records |
| | 405 | | Video Deposition transcript with exhibits, Carrie Clark 1 |
| | 406 | | Video Deposition transcript with exhibits, Carrie Clark 2 |
| | 407 | | Video Deposition transcript with exhibits, Carrie Clark 3 |
| | 408 | | Video Deposition transcript with exhibits, Carrie Clark 4 |
| | 409 | | Video Deposition transcript with exhibits, Gordon Clark 1 |
| | 410 | | Video Deposition transcript with exhibits, Gordon Clark 2 |
| | 411 | | Video Declaration of Carrie Clark dated August 17, 2017 |
| | 412 | | Declaration of Gordon Clark dated August 16, 2017 |
| | 413 | | Supplemental Declaration of Carrie Clark dated September 18, 2017 |
| | 414 | | Supplemental Declaration of Gordon Clark dated September 18, 2017 |

EXHIBIT LIST -- CONTINUATION

| Carrie Ferrara Clark | | vs. City of Tucson | CASE NO. 4:14-cv-02543 |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| | 415 | | Plaintiff's Response to Defendant's Second Request for Production & PL000076-PL000117 |
| | 416 | | Sharon McDonough email to Carrie Clark regarding demotion |
| | 417 | 4\8\19 | JoAnn Acosta email to Carrie Clark regarding demotion |
| | 418 | | Carrie Clark Paramedic Assignment Pay Form |
| | 419 | | Carrie Clark Notes |
| | 420 | | Nate Weber email to Carrie Clark regarding demotion |
| | 421 | | Notes regarding telephone conversation between Ed Nied and Gordon Clark |
| | 422 | | Gordon Clark email to Laura Baker |
| | 423 | | JoAnn Acosta email to Carrie Clark regarding demotion |
| | 424 | 4\8\19 | Exhibit 362, JoAnn Acosta File, bates COT2009, JoAnn Acosta email dated July 19, 2013 |
| | 425 | 4\8\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0434, JoAnn Acosta Memo dated August 30, 2013 |
| | 426 | 4\8\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0435, JoAnn Acosta email dated October 25, 2013 |
| | 427 | 4\8\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0436, Tim Nofs email dated November 4, 2013 |
| | 428 | 4\8\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0437, Rob Rodriguez memo dated November 4, 2013 |
| | 429 | 4\8\19 | Exhibit 362, JoAnn Acosta File, bates COT1971, 2202, 2203, 2007, 1999, Emails from JoAnn Acosta to Carrie Clark |
| | 430 | 4\8\19 | City of Tucson Administrative Directive Leave for Witness/Jury Duty, etc. 2.01-7K |
| | 431 | 4\9\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0315, Jim Critchley response to OEOP dated May 13, 2013 |
| | 432 | 4\9\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0406-0408, Rob Rodriguez Memo dated May 23, 2013 |
| | 433 | 4\10\19 | Exhibit 330, Rob Rodriguez Supervisory File, bates COT2859, Rob Rodriguez Notes |
| | 434 | 4\10\19 | Exhibit 387, TFD Manual of Operations, bates COT1002-1003, TFD MOPS Section 203, Absences |
| | 330 | 4\4\19 | Exhibit 330, Rob Rodriguez Supervisory File, bates COT2937, DB#706 and DB#707 |
| | 333 | 4\4\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0396-0399 (SGF), Brian Stevens Email and Recommendation |
| | 333A | 4\4\19 | Exhibit 333, Arizona Civil Rights Division File, bates COT0403-404, Ed Nied Memo dated May 20, 2013 |
| | 387 | 4\5\19 | Exhibit 387, TFD Manual of Operations, bates COT1007-1010, Light Duty |
| | 387 | 4\5\19 | Exhibit 387, TFD Manual of Operations, bates 0976, Voluntary "Swapping" of Positions |
| | 440 | | |
| | 441 | | |
| | 442 | | |
| | 443 | | |
| | 444 | | |
| | 445 | | |