IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson,<br><br>    Defendant. | CV-14-02543-TUC-CKJ<br><br>**JURY QUESTIONS<br>DURING TRIAL** |

Jury questions during trial.

Day 2

April 2, 2019

(1)

The requirement to lock is soaly your initial interpretation of the law /

Yes - No

②

City or agreed
or complied?