FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___

APR 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>      Plaintiff,<br><br>v.<br><br>City of Tucson,<br><br>      Defendant. | CV-14-02543-TUC-CKJ<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 3

April 3, 2019

Where the dorostory
comment before or
after the News Article

among/by coworkers

(3)

On the job, line of command relationship to Chief Crichley whom you told of on line comments

When being assigned to station 20 as your station when coming back to work — was the department displacing someone from station 20 in order to place you there?

OR WAS THERE A VACANCY?

(6)

Are _full_ duty employees allowed to work out somewhere other than their assigned station?
ie: home, a park, another station, etc.