FILED ___ LODGED
RECEIVED ___ COPY

APR 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson,<br><br>    Defendant. | CV-14-02543-TUC-CKJ<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 4

April 4, 2019

The Body Cam footage (Guliotta?)

(1) state that if a position change is lateral the a new 150 Club form is not required — but if the transfer is not lateral ie promotion/demotion the a new 150 Club form is required.

Current witness states this is not a requirement when promoted/lateral/demotion

which is it?

Who can definatively state?

Can current witness or anyone provide TFD referance to support statement?

Is this issue a matter of opinion within TFD?

Where is the policy? TDF

(9)

Was the 150 club form resubmitted late? Or just not at mtg w/ Acosta.

~~How long w~~

How long was security policy under development?

(10)

Seniority | Cale

(11)

Testified

① Not typically back date

— Can you recall ever being back dated

Testified
② Carrie only one affected

Correct?

When there is a change in mgmt, Capt's - do the new and old Capt. meet and discuss dept. personel's performance - their concerns etc

(12)

(13)

Did you (Wied) question Carrie's need for special accommodation? (At mtg w/ other chiefs and Carrie) You testified that you thought a locked library was adequate.