IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson,<br><br>    Defendant. | CV-14-02543-TUC-CKJ<br><br>**JURY QUESTIONS<br>DURING TRIAL** |

Jury questions during trial.

Day 5

April 5, 2019

Is it abnormal/uncommon for a non-supervising Bat. Chiefs ~~between they~~ to have a conversation with staff member under you without your presense or notification when it involves HR?

(testified he wasn't present & wasn't aware of ~~the~~ Carrie Clark called downtown to meeting.)

Re: meeting with JoAnne, Rodriguez & Fishback

(4)

Do you think Carrie was doing anything wrong when she was making calls or asking for changes in her shedule/assigned station while on swing shift?

(15)

(16)

A probationary employee would not normally be assigned to swing? Please affirm

(17)

When was the Policy for Rules of Assignment developed ~~for set~~ and published?

3/20/2013

when you called Cinne
after you back, did you hear
thought she the phone ring?
hung up

Did you get a 'hello'?
or some recognition
that she was answering

(18)

Truck out of service? Actually in the station or in the garage or not fully staffed regardless of where?

Is a 4 person truck a paramedic truck or some other kind?

Are "truck" and "station" used interchangeably?

(19)

Is pumping breast milk a legitimate reason to take a truck out of service?

(20)

(2↑)

Do you think ^at first Carrie didn't tell you her issues were to do with pumping because it wasn't the issue or being she was uncomfortable telling you (a male friend)?

"at EEO all the dates that did not Cannes requirement 'were wrong' were scheduled by (?) who?

(This is in his/your test among)

(??)