FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___

APR 12 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson,<br><br>    Defendant. | CV-14-02543-TUC-CKJ<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 6

April 8, 2019

(23)

①             w/ first kid

Did your milk supply diminish^ due to the busy schedule at work? You mentioned you had to push pumping farther apart.

② Did you ever have to take a truck out of service?

and switched w/ other medic. When need arose, was truck taken out of service?

24

(25) Why are you dealing directly w/ employee re continued need for stationing at 6 rather than thru supervisor?

(19) Was Carrie upset when you entered the conversation w/ asst. chiefs or after your intervention?

Why did Payroll change vacation hours?

Why was 150 Club pay denied if form submitted on time?

(21) Did you know about Carrie's assignment to count votes when you sought to get her to sign demotion paperwork?

#1) Testified they put Carrie Clark "on hold". How long was she "on hold" while JoAnne, Rodriguez & Fischback discussed things? *During the conference call*

② Is there a policy that requires employees to "report" pregnancy & "return to work needs" to HR rather than the employee's immediate supervisor?

#3) Testified she "removed" the policy on pregnancy. Was there another policy in place at that same time that actually stated something about pregnant women and/or pumping breasts?

#4) Who verified that all stations had a designated pumping room after the pumping policy went live?

(26)

(2a)

① Did Carrie turn in her $150 club form BEFORE the pay period ended?

② Did you send an email to Arian Phaneuf when her 1 year was up?

③ What are your work hours?

④ How long are the verbal counseling documents kept?

(30)

Can 150 Club pay be made in a subsequent pay period? Why was it permanently denied if form was submitted?

(31)

"special assignment" - transfer from
    is, swing
"special assignment" - what was
special about Carrie's assignment?