```
                                    ┌─────────────────────────────┐
                                    │ ___ FILED     ___ LODGED     │
                                    │ ___ RECEIVED  ___ COPY       │
                                    │   ┌───────────────────────┐  │
                                    │   │    APR  1 2 2019       │  │
                                    │   └───────────────────────┘  │
                                    │   CLERK U S DISTRICT COURT    │
                                    │     DISTRICT OF ARIZONA       │
                                    │ BY  S G FULLER        DEPUTY  │
                                    └─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark, | CV-14-02543-TUC-CKJ |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| City of Tucson, | |
| Defendant. | |

Jury questions during trial.

Day 7

April 9, 2019

#1 HR policy as well as email with HR state that if there were "documented fitness" issues with Carrie then she could have a fitness of duty exam by Dr. Peck. why did you do the drill rather than request a fitness for duty?

#2 stated he rode alone in a car with his superior back to the fire station. why did you not ride back with the team on the truck?

offensive drill #2

#3 How many times before the drill for Tyler had you done these type drills while still out in the field rather than at the station or training facility?

what is a "red line" used for? How
different from 1¾" line? Carrie put
down 1¾ and picked up red line — why?

May 22 Drill — were air packs included in
turnouts?           (33)

(3/4)

How often did you speak to defense
attorneys prior to trial? Were you
coached in questions and answers?

35

When the federal law on lactation
facilities initially was passed, was
the city of Tucson and/or TPD
aware or notified By the government?

36

was Nicky Springer moved from Fire
Prevention as well due to the "drama"
or reprimanded with a counseling as
Carrie Clark?

37

You stated you had a need for paramedics and that all stns were compliant w/ law. Why not assign Carrie to a paramedic unit when you had to make the ~~reass~~ reassignment? Did she not want a paramedic assignment?

① primarily moved out of
Fire Prevention because of
the Stinger incident
(primarily - your testimony)
what / why else?  As pertains
directly to Ms Clark

② Is OEOP a legal body
i.e. can they interrupt
Law - are they lawyers

(38)

Would assignment to a prevention truck have affected seniority? in this particular case (Clark)?

3 q.