FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark, | CV-14-02543-TUC-CKJ |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| City of Tucson, | |
| Defendant. | |

Jury questions during trial.

Day 8

April 10, 2019

(462)

We were told before, turn outs
are inspected at begginning of month
if Cami had issue w/ turn outs
on 5/29. why couldn't they have
waited a few days until begginning
Of June for the regular check?

On your hand written note of
phone call 03/2013. What are
SL, VL, PL? (middle of page)
with numbers

Why did you ask Cami if she
could freeze her milk? What would
have come of it? (in ref. to address the
issues we're discussing?)

(4)

Testified : "Trusted Staffers" to place Carrie in appropriate work stations. Did you send email to the staffers regarding these needs as to what was appropriate for her? If not, how did staffers know stations that were appropriate for carrie clark?

(42)

your notes from 3/21/13 states
"Julie discussed Affordable Care Act
with Carrie; told her "its reasonable."

- When did Julie speak with Carrie?
- What is "reasonable" in reference to?
- Who is "Julie"?

(43)

If carrie clark was stationed at
Fire Departments not under you, why do
you have a supervisor file on Carrie clark?
(stations, 12, 20 & 16) rather than her
supervisor Paul McDonough?

44

Captain may decide to "run short"?
Engine not fully staffed? Not
necessarily out of service?

(45)

"On a call" – means truck is out of service?

Do you know           (46)

How often Carrie requested

Changes to her schedule?

(42)

During verbal ~~com~~ conculing (SP)
was Carrie ask if she had
hang-ups — i.e. give opportunity
to accept or reject

If came (pregnant) had a
concern of her rim-outs
not buttoning, don't you
think one would have brought
it to someone's attention?
   Why would anyone want
      faulty ppe?

(u9)

Did the clarification cause changes in the seniority rank "list"? If so, why? If this was just a clarification. Why would the list need to be changed?

On 3/13/2016 Memo

"This list reflects staffing changes that will be effective by May 29, 2016" Please explain this.

50

seniority memo

Why make effective retroactively?

Arbitrary? Any reason?

51

If you "encouraged her" to go back
into the field (as you testified) did
you also inform her that would change
her seniority ranking ∄ since
that policy was going live?

(52)

Regard May 13th, Document

If there was no change in
seniority policy — how could it
have effected Carrie — since
there was no change?

What part affected her?

(53)

Day of the week ~ May 1 2014.

Given the seeming opposing testimony regard that the post-date of the senority 'policy' did and didnot there affect on Carries senority could the jury see senority lists that demonstrate either or both claims?

5⁴

Both examples on the
senority document seem
to indicate that senority
is not affected by a break in
classification — however the
language seems to indicate
that senority is affected by
a break in classification.
Which is it?

Note: both examples indicate
that senority starts with
the early date of classification.
Am I reading this incorrectly?
Garcia's testomony indicated
that this not the case. The
break interrupts senority.

5⁶

We were shown a seniority list
in which came dropped approx.
14 spots AFTER this memo
was issued.  Why?

(57)

is there a Karen Baker? or
did I mishear and you're
the only female Baker?

Was change in vacation time due to
exercise?

Did you understand seniority $5^9$
calculations pre and post policy?
Did they change?

How did the master memo
affect Carre? i.e. what
was the mechanism?


Is it possible that Carrie's
had senority had been
calculated in error previously
i.e. not excluding her time
not as PM but as another
classification?


Why was Garcia so sure
that Carrie was not affect
when you were presenting
that she was?