## QUESTIONS FROM THE JURY DURING DELIBERATIONS:

QUESTION IS ATTACHED.



FILED ___ LODGED
RECEIVED ___ COPY

APR 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

APRIL 11, 2019
DATE
TIME: 1:15 Pm

_____
JURY FOREPERSON

## COURT'S RESPONSE

Please refer to the Jury Instructions

but if P 13 is what you are referring to. Does not specifically reference "retaliation"

4-11-19      1:15pm
Date

Cindy K. Jorgenson
U.S. District Judge

Perhaps you are just using the word "retaliation" in the standard sense of the word — was trying to be sure. Sorry!

disparate treatment claim
adverse employment action

retaliation has to effect
in terms of employment?
what
compensation
terms
conditions
privileges of employment