Michelle R. Saavedra
Renee J. Waters
Principal Assistant City Attorneys for
MICHAEL G. RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Michelle.Saavedra@tucsonaz.gov
State Bar No. 25728
Renee.Waters@tucsonaz.gov
State Bar Computer No. 031691
Telephone: (520) 791-4221
Fax: (520) 623-9803
*Attorneys for Defendant City of Tucson*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Carrie Ferrara Clark, | No.  4:14-CV-02543-TUC-CKJ |
| Plaintiff, | **DEFENDANT'S MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS** |
| vs. | |
| City of Tucson, | (Hon. Cindy Jorgenson) |
| Defendant. | |

Pursuant to LRCiv 7.3(a), Defendant City of Tucson, through undersigned counsel, hereby move the Court for an order extending the current deadline to file post-trial motions from April 19, 2019, to May 9, 2019.

Pursuant to Federal Rules of Civil Procedure Rules 50 and 59, Defendants have twenty-eight (28) days from judgment to file a Motion for New Trial, Motion for Directed Verdict and/or Judgment Notwithstanding the Verdict, and/or a Motion to Alter or Amend the Judgment.

At the conclusion of trial, the City requested seven (7) days in which to file its post-trial motions.  However, the Rules provide for twenty-eight (28) days.  Given the transcripts and analysis involved in the City's anticipated motions, the City requests leave to file within the time provided by the Rules, rather than the seven days initially requested. No party will be prejudiced by allowing the additional time, as contemplated by the Rules.

Counsel for the City contacted counsel for the Plaintiff to request her consent to the extension, and Plaintiff has no objection.

DATED April 16, 2019.

> MICHAEL G. RANKIN
> City Attorney
>
> By  s/ Renee J. Waters
>     Michelle R. Saavedra
>     Renee J. Waters
>     Principal Assistant City Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Jeffrey H. Jacobson
JACOBSON LAW FIRM
2730 East Broadway Blvd., Suite 160
Tucson, AZ 85716
    *Attorney for Plaintiff*

By E. Acosta/bys