IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Ferrara Clark,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Tucson,<br><br>    Defendant. | CV 14-02543-TUC-CKJ<br><br>**JUDGMENT IN A CIVIL CASE** |

__X__  Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** pursuant to the jury verdict on April 12, 2019, judgment is entered in favor of the plaintiff and against the defendant. The plaintiff is awarded $3,800,000.00. This case is now closed.

April 12, 2019

BRIAN D. KARTH
District Court Executive/Clerk

*Sandra G. Fuller*
Sandra G. Fuller
By: Deputy Clerk