Michelle R. Saavedra (State Bar No. 25728)
Renee J. Waters (State Bar No. 031691)
Principal Assistant City Attorneys for
MICHAEL G. RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Michelle.Saavedra@tucsonaz.gov
Renee.Waters@tucsonaz.gov
Telephone: (520) 791-4221
Fax: (520) 623-9803

**FARHANG & MEDCOFF**
— ATTORNEYS —

4801 East Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.214.2000
F: 520.214.2001

Ali J. Farhang (#019456) (PAN 65507)
afarhang@farhangmedcoff.com
Roberto C. Garcia (#026246) (PAN 66152)
rgarcia@farhangmedcoff.com
Robert A. Bernheim (#024664) (PAN 66050)
rbernheim@farhangmedcoff.com

Attorneys for Defendant City of Tucson

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CARRIE FERRARA CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TUCSON,<br><br>    Defendants. | Case No. 4:14-CV-02543-TUCV-CKJ<br><br>**NOTICE OF APPEAL**<br><br>Assigned to the Honorable<br>Cindy K. Jorgenson |

NOTICE IS HEREBY GIVEN that Defendant City of Tucson (the "City") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's

00613305.1

1   Judgment entered in this action on April 22, 2019 (Doc. 242) and from the Order denying
2   in part the City's Motion for Summary Judgment, entered on April 25, 2018 (Doc. 131).

3         This Notice is being filed out of an abundance of caution to preserve the City's
4   appeal rights.  The City recognizes that several motions are still pending in this action and
5   that the Court did not enter a "separate document" as a judgment as required by Federal
6   Rule of Civil Procedure 58(a).  *See* Fed. R. Civ. P. 58(c); Fed. R. App. P. 4(a)(7)(A)(ii);
7   *Orr v. Plumb*, 884 F.3d 923, 928 (9th Cir. 2018) (stating that a separate document is
8   necessary after a jury returns a special verdict because it must be approved by the trial
9   court).  However, the Clerk of the Court entered the jury's verdict a "Clerk's Judgment" on
10  April 18, 2019.  (Doc. 242).  Regardless of the general requirement for a separate judgment
11  signed by the Court, the Clerk's Judgment may automatically become an appealable
12  judgment 150 days after its entry in the civil docket.  Fed. R. Civ. P. 58(c)(2)(B); Fed. R.
13  App. P. 4(a)(7)(A)(ii); *see also Orr*, 884 F.3d at 929-31 (discussing interplay between Rule
14  58 and notice of appeal deadlines).  That means the Clerk's Judgment is deemed entered as
15  of September 16, 2019.  The City's Notice of Appeal must be filed within 30 days of entry
16  of any judgment or order appealed from.  Fed. R. App. P. 4(a)(1)(A).

17        The City's appeal from the Court's summary judgment order (Doc. 131) is also
18  timely because "[t]he denial of a motion for summary judgment is appealable after the entry
19  of a final judgment."  *Moran v. Aetna Life Ins. Co.*, 872 F.2d 296, 301 (9th Cir. 1989).

20        The City's filing of this Notice of Appeal does not deprive this Court of jurisdiction
21  to rule on the currently pending post-trial motions.  Rather, the Notice of Appeal is treated
22  as effective from the date this Court rules on the last of the pending motions.  Fed. R. App.
23  P. 4(a)(4)(B)(i).  The City also contemplates the possibility of appeal from the Court's
24  order(s) on the post-trial motions, and if it chooses to appeal from any of those, it will file
25  an Amended Notice of Appeal. Fed. R. App. P. 4(a)(4)(B)(ii).  Obviously, if the Court rules
26  as the City requests on the post-trial motions, an appeal by the City would be moot, and if
27  that occurs the City will withdraw its Notice of Appeal at that time.  In the meantime, the
28

00613305.1

Court retains jurisdiction to conclude the proceedings and issue orders on the pending motions.

DATED this 13th day of September 2019.

FARHANG & MEDCOFF

By /s/ Robert A. Bernheim
    Ali J. Farhang
    Roberto C. Garcia
    Robert A. Bernheim

Attorneys for Defendant City of Tucson

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michelle R. Saavedra
Renee J. Waters
Tucson City Attorney's Office
P.O. Box 27210
Tucson, Arizona 85726
Michelle.Saavedra@tucsonaz.gov
Renee.Waters@tucsonaz.gov
*Attorneys for Defendant*

Jeffrey H. Jacobson
JACOBSON LAW FIRM
2730 East Broadway Blvd., Suite 160
Tucson, AZ 85716
Jeff@jacobsonlawfirm.net
*Attorney for Plaintiff*

/s/ Jane L. Cebula

00613305.1