# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: District of Arizona

U.S. District Court case number: 4:14 CV-2543-TUC-CKJ

Date case was first filed in U.S. District Court: December 8, 2014

Date of judgment or order you are appealing: February 26, 2020 / April 25, 2018

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Carrie Ferrara Clark

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☉ Yes  ○ No

If Yes, what is the prior appeal case number? 19-16842 and 20-15982

Your mailing address:

Jeffrey H. Jacobson, Jacobson Law Firm

2730 East Broadway Blvd., Suite 160

City: Tucson  State: AZ  Zip Code: 85716

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Jeffrey H. Jacobson  **Date** July 24, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**  *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Carrie Ferrara Clark

Name(s) of counsel (if any):

Jeffrey H. Jacobson, Jacobson Law Firm

Address: 2730 East Broadway Blvd., Suite 160, Tucson, AZ 85716

Telephone number(s): (520) 834-8034

Email(s): jeff@jacobsonlawfirm.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

City of Tucson

Name(s) of counsel (if any):

Ali J. Farhang
Farhang & Medcoff PLLC

Address: 4801 East Broadway Blvd., Suite 311, Tucson, AZ 85711

Telephone number(s): (520) 214-2000

Email(s): afarhang@farhangmedcoff.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                           *1*                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  x  Yes   ○ No

**Appellees**

Name(s) of party/parties:

City of Tucson

Name(s) of counsel (if any):

Michelle R. Saavedra
Tucson City Attorney - Civil Division

Address: P. O. Box 27210, Tucson, AZ 85726-7210

Telephone number(s): (520) 724-5700

Email(s): michelle.saavedra@tucsonaz.gov

Name(s) of party/parties:

City of Tucson

Name(s) of counsel (if any):

Roberto C. Garcia
Farhang & Medcoff PLLC

Address: 4801 East Broadway Blvd., Suite 311, Tucson, AZ 85711

Telephone number(s): (520) 214-2000

Email(s): rgarcia@farhangmedcoff.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**              2              *New 12/01/2018*